**Counsel: READ INSTRUCTIONS and then**

***DISREGARD ATTACHING THIS PAGE***

**to your completed Summons Issued document.**

**Thank you.**

**Instructions: Please use the attached Summons Form page** (**for MDL 2873 member cases**)**, to insert *in front* of the prepared Summons** (as submitted prior via the MDL shell for direct-filed cases or via email as needed for transferred cases) **for this individual member case.** The attached Summons Form page, with Court seal and clerk's signature, is *general* for all MDL 2873 associated member cases. **The date stamp is the date issued by the clerk and will appear in the PDF header, along with the member *specific* case number, *as filed*.** By inserting this attached Summons Form page, with PDF header as filed, in front of the prior prepared Summons, **this creates the complete Summons Issued document**, to be used for service on defendants by means of the names and addresses as listed on the prepared summons pages.

If counsel needs further instruction or clarification, please contact the MDL 2873 case administrator (contact information as listed on the Court's website). Thank you.

# UNITED STATES DISTRICT COURT
for the

Charleston Division District of South Carolina

|  |  |  |
|---|---|---|
| *See attached for member case Plaintiff(s)* <br> *Plaintiff(s)* <br> v. <br><br> *See attached for member case Defendant(s)* <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. **MDL 2873** <br> This Document Relates to <br> *See attached for member case and civil number as listed in PDF header* |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    *See attached for member case Defendant(s) name(s) and address(es)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*See attached for member case plaintiff's attorney name and address*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: September 22, 2022

s/Sandra Shealy
*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: